JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: Plaintiff

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 13-0932 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| SHANUN C. JOJOLA, AKA SHANUN C. MARTINEZ, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Shanun C. Jojola, aka Shanun C. Martinez, in the principal amount of $2,362.83 plus interest accrued to February 5, 2013, in the sum of $4,157.20; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $44.68, for a total amount of **$6,564.71**.

DATED: May 1, 2013                    By: TERRY NAFISI
                                           Clerk of the Court

                                           /s/ Jenny Lam
                                           Deputy Clerk
                                           United States District Court